UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JASON SMITH,

Defendant

Docket No. 3:CR-21-

INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

Possessing Contraband in Prison
[18 U.S.C. § 1791(a)(2)]

On or about March 4, 2021, within the Middle District of Pennsylvania, the defendant,

JASON SMITH,

an inmate of Schuylkill FCI, a federal correctional facility, knowingly possessed a prohibited object, to wit, a black in color Samsung cellular phone, Model:SM-S111DL(GP) and Serial Number: GPSAS111DCGB.

1

All in violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(b)(4).


                                        BRUCE D. BRANDLER
                                        ACTING UNITED STATES ATTORNEY

Dated: June 24, 2021          *Jenny P. Roberts*
                                        By: Jenny P. Roberts
                                        Assistant United States Attorney

2