## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 3:21-cr-00182** |
| | : | |
| **v.** | : | **(Chief Magistrate Judge Mehalchick)** |
| | : | |
| **JASON SMITH**, | : | |
| | : | |
| **Defendant** | : | |

Type of Case:    ( ) Civil    (**x**) Criminal

(xx) TAKE NOTICE that the proceeding in this case has been **<u>SCHEDULED</u>** for the place, date and time set forth below:

William J. Nealon Federal Building
235 North Washington Avenue
Scranton, PA 18503

COURTROOM No. 6

Date: **July 6, 2021**
Time: **11:00 a.m.**

TYPE OF PROCEEDING:

**Arraignment / Initial Appearance**

Peter J. Welsh, Clerk of Court
*s/ Kate Toth*
Kate Toth, Deputy Clerk

DATED: June 25, 2021

To:    U.S. Attorney's Office – J. Roberts
       FPD's Office
       U.S. Marshal
       Pretrial / Probation
       Court Reporter