## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

Jason Smith,

          Defendant

CRIMINAL NO. 3:21-CR-182

(MEHALCHICK, M.J.)

### PLEA

**NOW,** this **6th** day of **July 2021,** the within named Defendant <u>Jason Smith</u>, having been arraigned in open Court, hereby pleads **NOT GUILTY** to within Information.

_____
DEFENDANT