# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

CIVIL ACTION NO. 3:21-CR-182

v.

(MEHALCHICK, M.J.)

Jason Smith,

Defendant

## ORDER

The parties shall have until **July 27, 2021** to file any pretrial motions and motions *in Limine* in this case.

Jury Selection and Trial are scheduled for **September 14, 2021 at 9:30 AM** in the William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, Pennsylvania in Courtroom designated by the Clerk of Court.

**Dated: July 9, 2021**

*s/ Karoline Mehalchick*

**KAROLINE MEHALCHICK**
**United States Magistrate Judge**