**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA,

CRIMINAL NO. 3:21-CR-182

v.

(MEHALCHICK, M.J.)

Jason Smith,

Defendant

## <u>ORDER</u>

The parties not having filed motions for extension of time, **IT IS HEREBY ORDERED** that jury selection and trial are scheduled for **Tuesday, September 14, 2021 at 9:30 AM** in the William J. Nealon Federal Building, 235 North Washington Avenue, Scranton, PA 18501.

**IT IS FURTHER ORDERED** that a final pre-trial conference will be held on **Friday, August 12, 2021 at 2:00 PM** in Courtroom #6.

**IT IS FURTHER ORDERED** that counsel shall provide the Court, no later than **Thursday, September 10, 2021 by 12:00 PM to Chambers of Judge Mehalchick**, with a CD containing their exhibits for use with the JERS System and jury deliberations, and in accordance with the requirements set forth on the Court's website at http://www.pamd.uscourts.gov/?q=courtroom-technology.

**Dated: July 29, 2021**

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**