**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **3:21-cr-00182** |
| | : | |
| **v.** | : | **(Mehalchick, M.J.)** |
| | : | |
| **JASON SMITH** | : | **(ECF)** |

**UNOPPOSED MOTION FOR CHANGE OF PLEA HEARING,
IMMEDIATE SENTENCING, AND ADOPTION OF PRETRIAL
SERVICES REPORT IN PLACE OF PRESENTENCE REPORT**

AND NOW comes the defendant, Jason Smith, by his attorney, Elliot A. Smith, Assistant Federal Public Defender, filing this Unopposed Motion for Change of Plea Hearing, Immediate Sentencing, and Adoption of Pretrial Services Report in Place of Presentence Report, based on the following:

1.      On June 25, 2021, the United States of America filed a one count Information against Mr. Smith alleging possession of contraband in prison, in particular a cellular telephone.

2.      He entered a plea of not guilty on July 6, 2021.

3.      After reviewing relevant information with counsel, Mr. Smith desires to enter a plea of guilty to the Information.

4.      Under the United States Sentencing Guidelines, Mr. Smith faces a sentencing range of zero - six months imprisonment (offense level four (assuming a two-level reduction for acceptance of responsibility); criminal history category three). In an effort to expedite this matter, Mr. Smith respectfully requests the

Court's adoption of the Pretrial Services Report in place of a Presentence Report and the scheduling of this matter for a change of plea hearing and immediate sentencing.

     5.    The government concurs in this motion

WHEREFORE, Mr. Smith respectfully requests the adoption of the Pretrial Services Report in place of a Presentence Report and the scheduling of this matter for a change of plea and immediate sentencing.

                    Respectfully submitted,

Date: August 4, 2021       s/ Elliot A. Smith
                           Elliot A. Smith
                           Assistant Federal Public Defender
                           Attorney ID No. NY 5073275

                           201 Lackawanna Avenue, Suite 317
                           Scranton, Pennsylvania  18503
                           (570) 343-6285
                           Fax:  (570) 343-6225
                           Email: elliot_a_smith@fd.org

                           Attorney for Jason Smith

# CERTIFICATE OF SERVICE

I, Elliot A. Smith, Assistant Federal Public Defender, do hereby certify that this document, filed electronically through the ECF system, will be sent to the registered Participants as identified on the Notice of Electronic Filing, including the following:

Jenny P. Roberts
Assistant United States Attorney

and sent to the defendant by placing the same in the United States mail, first class, postage prepaid, at Scranton, Pennsylvania, addressed to the following:

Jason Smith

Date: August 4, 2021                    s/ Elliot A. Smith
                                        Elliot A. Smith
                                        Assistant Federal Public Defender