# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **3:21-cr-00182** |
| | **:** | |
| **v.** | **:** | **(Mehalchick, M.J.)** |
| | **:** | |
| **JASON SMITH** | **:** | **(ECF)** |

## CERTIFICATE OF CONCURRENCE

I, Elliot A. Smith, Assistant Federal Public Defender, certify that I contacted

Jenny P. Roberts, Assistant United States Attorney, and she advised that she

concurs in this motion.

Date: August 4, 2021                    /s Elliot A. Smith
                                        Elliot A. Smith
                                        Assistant Federal Public Defender