**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **3:21-cr-00182** |
| | **:** | |
| **v.** | **:** | **(Mehalchick, M.J.)** |
| | **:** | |
| **JASON SMITH** | **:** | **(ECF)** |

## <u>ORDER</u>

AND NOW this _____ day of _____, 2021, after

consideration of the Defendant's Unopposed Motion for Change of Plea Hearing,

Immediate Sentencing, and Adoption of Pretrial Services Report in Place of

Presentence Report, IT IS HEREBY ORDERED:

1) The Motion is GRANTED;

2) A change of plea hearing and immediate sentencing is scheduled for the

    _____ day of _____, 2021 at _____;

3) The Pretrial Services Report shall be adopted in place of a Presentence
    Report.

_____
Karoline Mehalchick
United States Chief Magistrate Judge