# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:21-cr-00182 |
| | : | |
| v. | : | (Mehalchick, M.J.) |
| | : | |
| JASON SMITH | : | (ECF) |

## ORDER

AND NOW this ___9th___ day of ___August___, 2021, after

consideration of the Defendant's Unopposed Motion for Change of Plea Hearing,

Immediate Sentencing, and Adoption of Pretrial Services Report in Place of

Presentence Report, IT IS HEREBY ORDERED:

1) The Motion is GRANTED;

2) A change of plea hearing and immediate sentencing is scheduled for the

   ___26th___ day of ___August___, 2021 at ___10:00 AM___;

3) The Pretrial Services Report shall be adopted in place of a Presentence
   Report.

_____
Karoline Mehalchick
United States Chief Magistrate Judge