## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

Jason Smith,

               Defendant

CRIMINAL NO. 3:21-CR-182

(MEHALCHICK, M.J.)

## PLEA

**NOW,** this **26th** day of **August 2021,** the within named Defendant <u>Jason Smith,</u>

having been arraigned in open Court, hereby pleads **GUILTY** to within Information.

_____

     DEFENDANT